| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>Joseph J. Rogers, Esquire (JJR1185)<br>Washington Professional Campus<br>900 Route 168, Suite I-4<br>Turnersville, NJ 08012<br>(856) 228-7964; Fax (856) 228-7965 | Order Filed on February 14, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>ROBERT STOKLEY,<br><br>　　　　　　　　　　　　Debtor | Case Number: 19-23713 JNP<br><br>Judge: Jerrold N. Poslusny, Jr.<br><br>Chapter 13 |

## CONSENT ORDER FOR LIMITED STAY RELIEF TO PROCEED WITH DIVORCE UP TO FINAL SETTLEMENT

　　　The relief set forth on the following pages, numbered one (1) through two (2), are hereby **ORDERED.**

**DATED: February 14, 2022**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s): Robert Stokley
Case No.: 19-23713/JNP
Caption of Order: CONSENT ORDER FOR LIMITED STAY RELIEF TO PROCEED WITH DIVORCE UP TO FINAL SETTLEMENT

THIS MATTER having been brought before the Court by Joseph J. Rogers, Esquire, Law Office of Joseph Rogers, attorney for debtor, Robert Stokley, for an order granting limited relief from the automatic stay for the debtor, also represented by James M. Carter, Esquire of Hoffman DiMuzio as matrimonial attorney, and his wife Nicole Stokley, represented in the family court by Ryan Kilkenny, Esquire, as supervising attorney, to proceed with their divorce, captioned Robert Stokley v. Nicole Stokley; FM-08-703-21, up to the point of final settlement, which final settlement and division of property, if any, will be taken before the bankruptcy court for final approval;

and upon the consent of all parties to the entry of this order;

and good cause being shown for the entry of this Order;

IT IS on this _____ day of February, 2022,

ORDERED that Robert Stokley is granted limited relief from the automatic stay so that he may proceed with his divorce.

The undersigned consents to the form, content and entry of this Order:

| **Law Office of Joseph J. Rogers** | **Hoffman DiMuzio** |
| **Counsel to Robert Stokley, Debtor** | **Counsel to Robert Stokley** |

 _/s/ Joseph J. Rogers_____         /s/James M. Carter_____

 Joseph J. Rogers, Esquire               James M. Carter, Esquire

2/3/2022


/s/ Ryan Kilkenny_____
Ryan Kilkenny, Esquire
Attorney for Nicole Stokley