UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

Joseph J. Rogers, Esquire (JJR1185)
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, NJ 08012
(856) 228-7964; Fax (856) 228-7965

Order Filed on February 14, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ROBERT STOKLEY,

                      Debtor

Case Number: 19-23713 JNP

Judge: Jerrold N. Poslusny, Jr.

Chapter 13

### CONSENT ORDER FOR LIMITED STAY RELIEF TO PROCEED WITH DIVORCE UP TO FINAL SETTLEMENT

The relief set forth on the following pages, numbered one (1) through two (2), are hereby **ORDERED.**

**DATED: February 14, 2022**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s): Robert Stokley
Case No.: 19-23713/JNP
Caption of Order: CONSENT ORDER FOR LIMITED STAY RELIEF TO PROCEED WITH DIVORCE UP TO FINAL SETTLEMENT

THIS MATTER having been brought before the Court by Joseph J. Rogers, Esquire, Law Office of Joseph Rogers, attorney for debtor, Robert Stokley, for an order granting limited relief from the automatic stay for the debtor, also represented by James M. Carter, Esquire of Hoffman DiMuzio as matrimonial attorney, and his wife Nicole Stokley, represented in the family court by Ryan Kilkenny, Esquire, as supervising attorney, to proceed with their divorce, captioned Robert Stokley v. Nicole Stokley; FM-08-703-21, up to the point of final settlement, which final settlement and division of property, if any, will be taken before the bankruptcy court for final approval;

and upon the consent of all parties to the entry of this order;

and good cause being shown for the entry of this Order;

IT IS on this           day of  February, 2022,

ORDERED that Robert Stokley is granted limited relief from the automatic stay so that he may proceed with his divorce.

The undersigned consents to the form, content and entry of this Order:

| **Law Office of Joseph J. Rogers** | **Hoffman DiMuzio** |
|---|---|
| **Counsel to Robert Stokley, Debtor** | **Counsel to Robert Stokley** |
| _/s/ Joseph J. Rogers_ | /s/James M. Carter |
| Joseph J. Rogers, Esquire | James M. Carter, Esquire |

2/3/2022

/s/ Ryan Kilkenny
Ryan Kilkenny, Esquire
Attorney for Nicole Stokley

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 19-23713-JNP
Robert W Stokley     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2
Date Rcvd: Feb 14, 2022     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2022:**

**Recip ID**  **Recipient Name and Address**
db     #+   Robert W Stokley, 6 Derby Dr., Sewell, NJ 08080-2423

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2022     Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2022 at the address(es) listed below:

**Name**  **Email Address**

Christopher M. Hemrick
    on behalf of Creditor Columbia Bank chemrick@walsh.law mvargas@walsh.law;sfalanga@walsh.law;cmaker@walsh.law

Denise E. Carlon
    on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gavin Stewart
    on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com

Isabel C. Balboa
    ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 14, 2022 | Form ID: pdf903 | Total Noticed: 1 |

John R. Morton, Jr.
        on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com mortoncraigecf@gmail.com

Joseph J. Rogers
        on behalf of Debtor Robert W Stokley jjresq@comcast.net jjrogers0507@gmail.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8