| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Robert W Stokley**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4311<br>EIN   \_\_–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   \_\_\_\_<br>EIN   \_\_–_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   19–23713–JNP | | |

# Order of Discharge                                                                              12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Robert W Stokley

   <u>2/14/25</u>                                                          **By the court:** <u>Jerrold N. Poslusny Jr.</u>
                                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W                              **Chapter 13 Discharge**                              page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Robert W Stokley  
    Debtor

Case No. 19-23713-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 4  
Date Rcvd: Feb 14, 2025      Form ID: 3180W      Total Noticed: 54

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Robert W Stokley, 6 Derby Dr., Sewell, NJ 08080-2423 |
| 518352174 | + | Attorney General, PO Box 080, Hughes Justice Complex, Trenton, NJ 08625-0080 |
| 518466938 | + | Christopher M Hemrick, 100 Mulberry Street, 15th Floor, Newark NJ 07102-4056 |
| 518352180 | | Citibank NA, PO Box 6052, Sioux Falls, SD 57117-6052 |
| 518466099 | + | Columbia Bank, 19-01 Route 208 North, Fair Lawn, NJ 07410-2824 |
| 518352183 | + | Columbia Savings Bank, 19-01 Route 208 N, Fair Lawn, NJ 07410-2824 |
| 518875013 | + | Denise Carlon Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 518352186 | + | Diversified Consultant, 10550 Deerwood Park Blvd, Jacksonville, FL 32256-0596 |
| 518352187 | + | Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 518581570 | + | Nicholas V. Rogers, Esq., Phelan Hallinan Diamond & Jones, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518352191 | + | Nicole Stokley, 6 Derby Drive, Sewell, NJ 08080-2423 |
| 518352198 | + | Schachter Portney, LLC, Attn: Kurt Kowalski, 3490 Route 1, Suite 6, Princeton, NJ 08540-5920 |
| 518352199 | + | South Jersey Federal C, 1615 Hurffville Rd, Deptford, NJ 08096-6406 |
| 518352203 | + | US Attorney's Office, 7th Floor, 970 Broad Street, Newark, NJ 07102-2527 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 14 2025 21:13:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 14 2025 21:13:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: PHINAMERI.COM | Feb 15 2025 01:29:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + | EDI: BANKAMER2 | Feb 15 2025 01:29:00 | BANK OF AMERICA, N.A., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518379445 | + | EDI: PHINAMERI.COM | Feb 15 2025 01:29:00 | ACAR Leasing LTD, d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 518441146 | | EDI: ATLASACQU | Feb 15 2025 01:29:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck NJ 07666 |
| 518419560 | | Email/PDF: bncnotices@becket-lee.com | Feb 14 2025 21:17:21 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

Case 19-23713-JNP  Doc 72  Filed 02/16/25  Entered 02/17/25 00:18:02  Desc Imaged
                        Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Feb 14, 2025 | Form ID: 3180W | Total Noticed: 54 |

| Recipient ID | | Method | Date/Time | Name/Address |
| --- | --- | --- | --- | --- |
| 518352173 | + | Email/PDF: bncnotices@becket-lee.com | Feb 14 2025 21:17:34 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 518445667 |   | EDI: BANKAMER | Feb 15 2025 01:29:00 | BANK OF AMERICA, N.A., Bank of America, PO BOX 31785, Tampa FL 33631-3785 |
| 518352175 | + | EDI: BANKAMER | Feb 15 2025 01:29:00 | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 518352176 | + | EDI: TSYS2 | Feb 15 2025 01:29:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 518352177 | + | EDI: CITICORP | Feb 15 2025 01:29:00 | Best Buy Credit Services/cbna, P.O. Box 790441, St. Louis, MO 63179-0441 |
| 518365015 | + | EDI: COMCASTCBLCENT | Feb 15 2025 01:29:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 518352178 | + | Email/Text: bankruptcy@cavps.com | Feb 14 2025 21:13:00 | Cavalry Portfolio Serv, Po Box 27288, Tempe, AZ 85285-7288 |
| 518397444 | + | Email/Text: bankruptcy@cavps.com | Feb 14 2025 21:13:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518352181 | + | EDI: CITICORP | Feb 15 2025 01:29:00 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 518352182 | + | Email/Text: mediamanagers@clientservices.com | Feb 14 2025 21:11:00 | Client Services, 3451 Harry Truman Blvd, St Charles, MO 63301-9816 |
| 518352184 | + | EDI: COMCASTCBLCENT | Feb 15 2025 01:29:00 | Comcast Cable, One Comcast Center, Philadelphia, PA 19103-2899 |
| 518364822 |   | EDI: DISCOVER | Feb 15 2025 01:29:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518352185 | + | EDI: DISCOVER | Feb 15 2025 01:29:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 518352188 | + | EDI: PHINAMERI.COM | Feb 15 2025 01:29:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 518352189 |   | EDI: CITICORP | Feb 15 2025 01:29:00 | Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 518352190 |   | EDI: IRS.COM | Feb 15 2025 01:29:00 | Internal Revenue Service, ATTN: Bankruptcy Department, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518352179 |   | EDI: JPMORGANCHASE | Feb 15 2025 01:29:00 | Chase Card, Po Box 15369, Wilmington, DE 19850 |
| 518387556 | + | Email/Text: RASEBN@raslg.com | Feb 14 2025 21:11:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518408348 |   | Email/PDF: resurgentbknotifications@resurgent.com | Feb 14 2025 21:16:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520314850 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 14 2025 21:11:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 520314851 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 14 2025 21:11:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, NewRez LLC, d/b/a Shellpoint Mortgage Servicing 29603-0826 |
| 518467529 |   | EDI: PRA.COM | Feb 15 2025 01:29:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 518456531 |   | EDI: PRA.COM | Feb 15 2025 01:29:00 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 518467412 |   | EDI: PRA.COM | Feb 15 2025 01:29:00 | Portfolio Recovery Associates, LLC, c/o Lowes, |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 14, 2025 | Form ID: 3180W | Total Noticed: 54 |

| | | | | |
|---|---|---|---|---|
| 518453628 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | POB 41067, Norfolk VA 23541 |
| | | | Feb 14 2025 21:11:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 518662134 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | | Feb 14 2025 21:12:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518352200 | + | EDI: SYNC | | |
| | | | Feb 15 2025 01:29:00 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 518354945 | ^ | MEBN | | |
| | | | Feb 14 2025 20:45:55 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518352201 | + | Email/Text: ClericalSupport@tenagliahunt.com | | |
| | | | Feb 14 2025 21:12:00 | Tenaglia & Hunt PA, 395 W. Pssaic Street Suite 205, Rochelle Park, NJ 07662-3016 |
| 518352202 | ^ | MEBN | | |
| | | | Feb 14 2025 20:45:31 | US Attorney General, US Department of Justice, 950 Pennsylvania Avenue, Washington, DC 20530-0009 |
| 518398981 | | EDI: USBANKARS.COM | | |
| | | | Feb 15 2025 01:29:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 518352204 | | EDI: USBANKARS.COM | | |
| | | | Feb 15 2025 01:29:00 | Us Bk Rms Cc, Po Box 108, Saint Louis, MO 63166 |
| 518460079 | + | EDI: AIS.COM | | |
| | | | Feb 15 2025 01:30:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Columbia Bank, 19-01 Route 208 North, Fair Lawn, NJ 07410-2824 |
| 518447095 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck NJ 07666 |
| 518616416 | * | BANK OF AMERICA, N.A., Bank of America, PO BOX 31785, Tampa FL 33631-3785 |
| 518352192 | *+ | Nicole Stokley, 6 Derby Drive, Sewell, NJ 08080-2423 |
| 518352193 | *+ | Nicole Stokley, 6 Derby Drive, Sewell, NJ 08080-2423 |
| 518352194 | *+ | Nicole Stokley, 6 Derby Drive, Sewell, NJ 08080-2423 |
| 518352195 | *+ | Nicole Stokley, 6 Derby Drive, Sewell, NJ 08080-2423 |
| 518352196 | *+ | Nicole Stokley, 6 Derby Drive, Sewell, NJ 08080-2423 |
| 518352197 | *+ | Nicole Stokley, 6 Derby Drive, Sewell, NJ 08080-2423 |
| 518662135 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518455649 | ##+ | Morton & Craig LLC, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3125 |

TOTAL: 0 Undeliverable, 10 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 16, 2025            Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Barbara J. Snavely | on behalf of Debtor Robert W Stokley jjresq1@comcast.net |
| Christopher M. Hemrick | on behalf of Creditor Columbia Bank chemrick@walsh.law mvargas@walsh.law;sfalanga@walsh.law;cmaker@walsh.law |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Laura M. Egerman | on behalf of Creditor Newrez LLC d/b/a Shellpoint Mortgage Servicing laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10